UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20160-BECERRA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL HALLORAN,

Defendant.

_______________________________________/

**WAIVER OF APPEARANCE AT ARRAIGNMENT**
**AND ENTRY OF PLEA OF NOT GUILTY**

DANIEL HALLORAN, pursuant to Rule 10 of the Federal Rules of Criminal Procedure, files this Written Waiver of Appearance at Arraignment, and as grounds states the following:

1. Mr. Halloran waives his appearance at arraignment;
2. Mr. Halloran affirms she has received a copy of the indictment in this case; and
3. Mr. Halloran is entering a plea of not guilty.

DANIEL HALLORAN

4/11/25
DATE

Respectfully Submitted,

HECTOR DOPICO
FEDERAL PUBLIC DEFENDER

BY: s/Jean-Pierre Gilbert
Assistant Federal Public Defender
Florida Bar No. 115468
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
Tel: 305-530-7000
jean-pierre_gilbert@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **April 11, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Jean-Pierre Gilbert