UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20160-CR-BECERRA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANIEL HALLORAN,

Defendant.
_______________________________________/

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Daniel Halloran, through undersigned counsel, files this unopposed motion to modify conditions of pretrial release and respectfully requests that this Court enter an Order to allow Mr. Halloran to (1) travel to his girlfriend's residence to organize and prepare the residence to store his office equipment and (2) travel to his storage unit to organize and prepare the storage unit to store his office equipment. In support, counsel states the following:

1. On June 2, 2025, this Court granted Mr. Halloran's unopposed motion to modify his conditions of pretrial release (DE 23) and ordered that "subject to the approval of his supervising pretrial officer in the Eastern District of New York, Mr. Halloran may travel to his office—a scuba-diving company—to retrieve his scuba gear, scuba tanks, and scuba-diving books and manuals. Mr. Halloran may bring equipment to his storage unit, his girlfriend's home, and his own home. Mr. Halloran must provide the exact addresses and his itinerary to his supervising pretrial officer

in the Eastern District of New York." (DE 24).

2. Since there are many pieces of gear and equipment, and the equipment and gear are quite large, Mr. Halloran requests permission to travel to his girlfriend's residence before he moves the equipment there to organize and prepare the residence to store the equipment. Similarly, Mr. Halloran requests permission to travel to his storage unit before he moves the equipment there to organize and prepare the storage until to store the equipment. Each trip would be on a separate day.

3. Probation Officer Juan Lora does not object to this request, as long as Mr. Halloran's Eastern District of New York officer, Officer Sanchez, is kept informed of Mr. Halloran's plans, and Mr. Halloran provides verification and any information requested by Officer Sanchez.

4. Counsel conferred with AUSA Anthony Reynolds who has no objection to this request.

WHEREFORE, Daniel Halloran respectfully requests this Court grant the unopposed motion and enter an Order allowing Mr. Halloran permission to travel to his girlfriend's residence and storage unit as described in this motion.

Respectfully submitted,
HECTOR DOPICO
FEDERAL PUBLIC DEFENDER

By: */s/ Ashley Kay*
Florida Bar No. 78991
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000
ashley_kay@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Ashley Kay*