UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20160-CR-ARTAU

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANIEL HALLORAN,

Defendant.

_______________________________________/

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Daniel Halloran, through undersigned counsel, files this unopposed motion to modify conditions of pretrial release and respectfully requests that this Court enter an Order allowing Mr. Halloran to remain on the electronic monitor with a curfew requirement, instead of home detention. In support, counsel states the following:

1. Mr. Halloran is charged—via Indictment—with transportation of visual depictions involving the sexual exploitation of minors in violation of 18 U.S.C § 2252(a)(1)&(b)(1) and possession of visual depictions involving the sexual exploitation of minors in violation of 18 U.S.C § 2252(a)(5)(B)&(b)(2). (DE 13).

2. On April 4, 2025, after a pretrial detention hearing, the magistrate judge set a personal surety bond and a percentage bond for Mr. Halloran with the requirement of two co-signors and special conditions including home detention, electronic monitoring, and Adam Walsh conditions. (DE 10). Per the bond conditions, Mr. Halloran resides in New York. *Id*.

3. Mr. Halloran requests to remain on electronic monitoring with a curfew, instead of home detention, primarily so that he can seek employment. A curfew would also allow Mr. Halloran to more easily (1) attend doctor appointments, (2) attend legal appointments for on-going, unrelated civil cases in which he is party, and (3) take care of his elderly mother, whom he resides with, by taking her to doctor appointments and running errands for her.

4. Counsel conferred with AUSA Anthony Reynolds. AUSA Reynolds does not oppose this request, so long as a condition of pre-trial release includes that Mr. Halloran actively seek or maintain employment. Specifically, AUSA Reynolds requested that counsel convey the following: it is important to the government that—if Mr. Halloran's case results in an adjudication of guilt—Mr. Halloran earns money through employment, which could subsequently be paid toward restitution.

5. Counsel conferred with Probation Officer Lora, who stated that Pretrial opposes this request.

WHEREFORE, Daniel Halloran respectfully requests this Court grant the unopposed motion and enter an Order (1) allowing Mr. Halloran to remain on the electronic monitoring with a curfew, instead of home detention. Counsel requests the curfew be from 9 PM to 6 AM, subject to modification by Pretrial Services to accommodate any employment and (2) adding as a condition of pre-trial release that Mr. Halloran actively seek or maintain employment, and that any employment must be approved by Pretrial Services.

Respectfully submitted,
HECTOR DOPICO
FEDERAL PUBLIC DEFENDER
By: */s/ Ashley Kay*
Florida Bar No. 78991
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000
ashley_kay@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on November 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Ashley Kay*